
FILED
MAY 29 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSEPH L. SELDON, JR., )
)
    Petitioner, )
)
v. ) Civil Action No. 3:19CV286–HEH
)
MARK J. BOLSTER, )
)
    Respondents. )

## MEMORANDUM OPINION
(Dismissing 28 U.S.C § 2241 Petition Without Prejudice)

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on April 26, 2019, the Court directed Petitioner to complete and return, within eleven (11) days of the date of entry thereof, a completed standardized form for filing a § 2241 petition. The Court also instructed Petitioner to complete and return, within fifteen (15) days of the date of entry thereof, an affidavit in support of his request to proceed *in forma pauperis* or pay the $5.00 filing fee. More than eleven (11) days have passed and Petitioner has not returned the standardized form for filing a § 2241 petition. In addition, more than fifteen (15) days have passed and Petitioner has not returned the required *in forma pauperis* affidavit. Petitioner also has failed to pay the assessed fee or adequately explain any special circumstances warranting excuse from payment. Accordingly, the § 2241 petition will be dismissed without prejudice.

A certificate of appealability will be denied.

An appropriate order will accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: May 29, 2019
Richmond, Virginia